IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Jamaal R. Byers, | ) C/A No. 4:13-110-RMG | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Greenwood County Detention Center, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Jamaal R. Byers ("Plaintiff"), a pretrial detainee in the Greenwood County Detention Center in Greenwood, South Carolina who is proceeding *pro se*, filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated January 25, 2013 (ECF No. 8), Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. Plaintiff did not respond to the Order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed without prejudice** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**AND IT IS SO ORDERED.**

February 25, 2013
Charleston, South Carolina

Richard M. Gergel
United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.